Joseph S. Kistler (3458)
Christian M. Orme (10175)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
jkistler@hutchlegal.com
corme@hutchlegal.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR L.L.C.<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW DIMARCO, DAVID DIMARCO, DIGITAL WAREHOUSE, INC., and DOES 1-10, each individually and together d/b/a *www.coolsatellite.com* and *www.satmonster.com*<br><br>Defendants. | Case Number: 2:11-cv-01962-RCJ-PAL<br><br>**ORDER** |

Defendants Andrew Dimarco, David Dimarco, and Digital Warehouse, Inc. ("Defendants") Emergency Motion to Set Aside the Preliminary Injunction Order or in the Alternative to Stay the Order (Dkt. # 18) and for Attorneys' Fees and Costs (the "Motion") came on for hearing before this Court on February 6, 2012 at 10:00 am. The Court, having read the moving papers and heard oral argument by counsel, Orders as follows:

IT IS ORDERED, ADJUDGED, and DECREED that the Motion (Dkt. # 18) is GRANTED. The January 5, 2012 Order is immediately set aside pending further ruling by the Court.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiffs are to pay reasonable attorneys' fees in the amount of $6,333.00 associated with the Motion and costs

associated with the Motion in the amount of $7.50, supported by the affidavit of Christian M. Orme attached hereto as **Exhibit A**.

IT IS ORDERED, ADJUDGED, and DECREED that Defendants are to file on or before February 10, 2012 their (1) Opposition to Plaintiffs' Motion for Preliminary Injunction and (2) Answer to Plaintiffs' Complaint; and that Plaintiffs shall file their Reply in support of the Motion for Preliminary Injunction on or before February 24, 2012.

IT IS ORDERED, ADJUDGED, and DECREED that the hearing on Plaintiffs' Motion for Preliminary Injunction and Impoundment (Dkt. # 7) will remain on calendar as previously scheduled for March 9, 2012 at 10:00 AM, at which time Plaintiffs' counsel shall also show cause why the *pro hac vice* admission for Chad Hagan should not be revoked.

**IT IS SO ORDERED**.

DATED this 24th day of February, 2012.

_____
HONORABLE ROBERT C. JONES

Respectfully Submitted By:

/s/ Christian M. Orme
_____
Joseph S. Kistler (3458)
Christian M. Orme (10175)

*Attorneys for Defendants*

Approved as to form:

/s/ Chad M. Hagan
_____
Chad M. Hagan
Timothy M. Frank

*Attorneys for Plaintiffs*

- 2 -