```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

           MAY 1 1 2012

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```

1  Chad M. Hagan (*pro hac vice*)
   chad.hagan@hnbllc.com
2  Timothy M. Frank (*pro hac vice*)
   timothy.frank@hnbllc.com
3  HAGAN NOLL & BOYLE LLC
   Two Memorial City Plaza
4  820 Gessner, Suite 940
   Houston, Texas 77024
5  Telephone: (713) 343-0478
   Facsimile: (713) 758-0146
6
7  J. Bruce Alverson (Nevada Bar No. 1339)
   balverson@alversontaylor.com
   Karie N. Wilson (Nevada Bar No. 7957)
8  kwilson@alversontaylor.com
   ALVERSON TAYLOR MORTENSEN & SANDERS
9  7401 West Charleston Boulevard
   Las Vegas, Nevada 89117
10 Telephone: (702) 384-7000
   Facsimile: (702) 385-7000
11
   Attorneys for Plaintiffs
12

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW DIMARCO, DAVID DIMARCO, DIGITAL WAREHOUSE, INC., and DOES 1-10, each individually and together d/b/a *www.coolsatellite.com* and *www.satmonster.com*,<br><br>Defendants. | Case No. 2:11-CV-01962-RCJ-(PAL)<br><br>**PRELIMINARY INJUNCTION AND ORDER FOR IMPOUNDMENT** |

1

1   The Court entered an order on March 13, 2012 (Dkt. 40), granting in part and denying in part the motion for preliminary injunction and impoundment filed by Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "DISH Network"). In accordance with instructions issued by the Court at the March 9, 2012 hearing, DISH Network has provided the Court with this proposed order setting forth specific language for the preliminary injunction and terms for the product impoundment. The Court adopts the injunction and terms of impoundment proposed by DISH Network, and orders as follows:

1. Defendants Andrew Dimarco, David Dimarco, Digital Warehouse, Inc., and any of their officers, agents, servants, employees, attorneys, and other persons acting in active concert or participation with them who receive actual notice of this Order, are enjoined and must restrain from:

(a) manufacturing, importing, offering to the public, providing, or otherwise trafficking in (i) the WizHub or any other device that allows a Sonicview receiver to connect to the Internet, including the iHub, New Link, and SV Lan; and (ii) warranty codes or any other code, password, or serial number used in accessing an IKS server, including any warranty code for the WizHub or Limesat receivers; and

(b) receiving or assisting others to receive DISH Network's satellite signal or other electronic communications originating from DISH Network's system without authorization. Among other things, Defendants are prohibited from directing persons to any website that makes available software files or instructions for pirating DISH Network programming by any means, including hyperlinking to such a website or referring persons to such a website through the online chat feature made available on the websites operated by Defendants.

2. No later than 5 court days following service of this Order, Defendants shall deliver to their counsel of record, Hutchison & Steffen, LLC, the following items for impoundment pending further order of the Court: (i) all WizHubs, iHubs, New Links, SV Lans, and other devices that allow a Sonicview receiver to connect to the Internet; and (ii) all hard copy documents and electronic storage media containing WizHub warranty codes, Limesat receiver warranty codes, or any other code, password, or serial number used in accessing an IKS server. Within 5 court days of receiving these items, Defendants' counsel shall provide an inventory to DISH Network that identifies each item received. The impounded items shall be made available to DISH Network for purposes of conducting discovery in this case.

**IT IS SO ORDERED.**

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: May 11, 2012

Respectfully submitted on March 16, 2012 by:

/s/ Chad M. Hagan
Chad M. Hagan (*pro hac vice*)
chad.hagan@hnbllc.com
Timothy M. Frank (*pro hac vice*)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146