Chad M. Hagan (*pro hac vice*)
chad.hagan@hnbllc.com
Timothy M. Frank (*pro hac vice*)
timothy.frank@hnbllc.com
HAGAN NOLL & BOYLE LLC
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone:  (713) 343-0478
Facsimile:  (713) 758-0146

J. Bruce Alverson (Nevada Bar No. 1339)
balverson@alversontaylor.com
Karie N. Wilson (Nevada Bar No. 7957)
kwilson@alversontaylor.com
ALVERSON TAYLOR MORTENSEN & SANDERS
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
Telephone:  (702) 384-7000
Facsimile:  (702) 385-7000

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW DIMARCO, DAVID DIMARCO, DIGITAL WAREHOUSE, INC., and DOES 1-10, each individually and together d/b/a *www.coolsatellite.com* and *www.satmonster.com*,<br><br>Defendants. | Case No. 2:11-CV-01962-RCJ-(PAL)<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION** |

1   Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC
2   ("DISH Network"), and Defendants Andrew DiMarco, David DiMarco, and Digital Warehouse,
3   Inc. (collectively, "Defendants"), respectfully submit this stipulation for entry of final judgment
4   and permanent injunction.

5   DISH Network filed this case on December 7, 2011, alleging that Defendants distribute
6   products which are designed for and primarily of use in circumventing the DISH Network security
7   technology and receiving DISH Network's encrypted satellite broadcasts of copyrighted television
8   programming without authorization. *See* Dkt. 1, Pls.' Compl. ¶¶ 30-69. Defendants responded to
9   the complaint on February 8, 2012, denying the allegations made by DISH Network. *See* Dkt. 24,
10  Defs.' Answer ¶¶ 30-69. The Court entered a preliminary injunction against Defendants on May
11  11, 2012, and ordered the impoundment of certain products. *See* Dkt. 49.

12  The parties now stipulate that final judgment should be entered for DISH Network on
13  Counts I and III of the complaint alleging violations of the Digital Millennium Copyright Act, 17
14  U.S.C. § 1201(a)(1), (a)(2), Counts II and IV alleging violations of the Federal Communications
15  Act, 47 U.S.C. § 605(a), (e)(4), and Count V alleging violations of the Electronic Communications
16  Privacy Act, 18 U.S.C. § 2511(1)(a) and 2520.

17  The parties further stipulate that damages of $8,690,500 should be awarded to DISH
18  Network. The parties agree that the damages are only imposed against Defendants David DiMarco
19  and Digital Warehouse, Inc. Defendant Andrew DiMarco is not liable for the damages awarded to
20  DISH Network. The parties also stipulate to a permanent injunction against all Defendants.

21  Defendants, by entering into this Stipulation for Entry of Final Judgment and Permanent
22  Injunction, do not admit to any facts alleged which would give rise to any criminal liability.

23  A proposed final judgment and permanent injunction has been submitted.

HAGAN NOLL & BOYLE LLC
820 GESSNER, SUITE 940
HOUSTON, TEXAS 77024
TEL: (713) 343-0478
FAX: (713) 758-0146

| | | |
|---|---|---|
| 1 | Dated:  October 5, 2012 | By:  /s/Timothy M. Frank |
| 2 | | Chad M. Hagan (*pro hac vice*) |
| | | chad.hagan@hnbllc.com |
| 3 | | Timothy M. Frank (*pro hac vice*) |
| | | timothy.frank@hnbllc.com |
| 4 | | HAGAN NOLL & BOYLE LLC |
| | | Two Memorial City Plaza |
| 5 | | 820 Gessner, Suite 940 |
| | | Houston, Texas 77024 |
| 6 | | Telephone:  (713) 343-0478 |
| | | Facsimile:  (713) 758-0146 |
| 7 | | |
| 8 | | Attorneys for Plaintiffs |

Dated:  October 5, 2012      By:  /s/Christopher M. Henderson

                Mark E. Ferrario (Nevada Bar No. 1625)
                ferrariom@gtlaw.com
                Christopher M. Henderson (Nevada Bar No. 10078)
                hendersonc@gtlaw.com
                GREENBERG TRAURIG, LLP
                3773 Howard Hughes Parkway, Suite 400 North
                Las Vegas, Nevada 89169
                Telephone:  (702) 792-3773
                Facsimile:  (702) 792-9002

                Atttorneys for Defendant Andrew DiMarco

Dated:  October 5, 2012      By:  /s/Frederick A. Santacroce

                Frederick A. Santacroce (Nevada Bar No. 5121)
                santacrocelaw@gmail.com
                SANTACROCE LAW OFFICES, LTD
                5440 West Sahara Avenue, Suite 105
                Las Vegas, NV 89146
                Telephone:  (702) 218-3360
                Facsimile:  (702) 948-1202

                Attorneys for Defendants David DiMarco and
                Digital Warehouse, Inc.

**Electronic Signature Consent**

     Pursuant to Section V.D of the Court's Electronic Filing Procedures, I attest that counsel for Defendants Andrew DiMarco, David DiMarco, and Digital Warehouse, Inc. have consented to the placement of their electronic signature on, and the filing of, this document.

                /s/Timothy M. Frank
                Timothy M. Frank (*pro hac vice*)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW DIMARCO, DAVID DIMARCO, DIGITAL WAREHOUSE, INC., and DOES 1-10, each individually and together d/b/a *www.coolsatellite.com* and *www.satmonster.com*,<br><br>Defendants. | Case No. 2:11-CV-01962-RCJ-(PAL)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS** |

Having considered the parties' Stipulation for Entry of Final Judgment and Permanent Injunction, the court file in this matter, and the applicable law, the Court approves the stipulation and **ORDERS** as follows:

(1) Judgment is entered for DISH Network on Count I and Count III of the complaint alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(1), (a)(2); Count II and Count IV alleging violations of the Federal Communications Act, 47 U.S.C. §§ 605(a), (e)(4); and Count V alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520.

(2) Defendants David DiMarco and Digital Warehouse, Inc. shall pay damages in the amount of $8,690,500 to DISH Network. Defendant Andrew DiMarco shall not be liable for this monetary component of the Final Judgment which is specifically adjudged to Defendants David DiMarco and Digital Warehouse, Inc. Further, all Defendants, by entering the Stipulation for Entry of Final Judgment and Permanent Injunction, do not admit to any facts alleged which would give rise to any criminal liability.

(3) Defendants Andrew DiMarco, David DiMarco, Digital Warehouse, Inc., and any persons acting in active concert or participation with Defendants, are permanently enjoined from:

A. manufacturing, importing, offering to the public, providing, or otherwise trafficking in free-to-air receivers, dongles, modules, software, warranty codes, upgrade codes, and other technologies of use in circumventing DISH Network's security system or intercepting DISH Network's satellite signal;

B. circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

C. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

(4) This permanent injunction takes effect immediately.

(5) Each party is to bear its own attorney's fees and costs.

(6) The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

Dated: October 31, 2013

_____
Hon. Robert C. Jones
United States District Judge